IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| EMMETT MARTIN DELANEY, | : | CASE NO. 20-30296-JPS |
| | : | |
| Debtor. | : | |
| _____ | : | |
| SANTANDER CONSUMER USA INC., | : | |
| | : | |
| Movant, | : | |
| | : | CONTESTED MATTER |
| v. | : | |
| | : | |
| EMMETT MARTIN DELANEY, Debtor; and CAMILLE HOPE, Trustee, | : | |
| | : | |
| Respondents. | : | |

**OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

COMES NOW Santander Consumer USA Inc. (the "Movant"), a creditor of the referenced Debtor, and hereby moves this Court to deny confirmation of Debtor's Chapter 13 Plan. In support of its objection, the Movant shows the Court as follows:

1.

On March 18, 2020, Emmett Martin Delaney ("Debtor") filed a Voluntary Petition pursuant to 11 U.S.C. Section 1301 et seq., and said case is presently pending before this Court.

2.

Movant has a net claim in this case in the approximate amount of $8,311.69 secured by a 2013 Chevrolet Equinox (the "Collateral").

3.

Debtor's Chapter 13 Plan proposes to pay Movant at $8,243.00, with 5.00% interest, monthly payments of $257.00 and adequate protection payments of $100.00.

4.

Debtor fails to provide Movant with proper lien retention as stated in 11 U.S.C. §1325(a)(5)(B)(i)(I)

5.

Movant has no proof of full coverage insurance on the Collateral and is therefore not adequately protected.

WHEREFORE, the Movant prays that its Objection to Confirmation of Chapter 13 Plan be inquired into and sustained and that it has such other and further relief as this Court deems just and proper.

This April 30, 2020.

        The Law Office of
        LEFKOFF, RUBIN, GLEASON & RUSSO, P.C.
        Attorneys for Movant


        By:  /s/Philip L. Rubin
            Philip L. Rubin
            Georgia State Bar No. 618525

5555 Glenridge Connector
Suite 900
Atlanta, Georgia  30342
(404) 869-6900
prubin@lrglaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| EMMETT MARTIN DELANEY | : | CASE NO. 20-30296-JPS |
| | : | |
| Debtor. | : | |
| | : | |
| _____ | : | |
| SANTANDER CONSUMER USA INC., | : | |
| | : | |
| Movant, | : | |
| | : | CONTESTED MATTER |
| v. | : | |
| | : | |
| EMMETT MARTIN DELANEY, Debtor; and CAMILLE HOPE, Trustee, | : | |
| | : | |
| Respondents. | | |

## CERTIFICATE OF SERVICE

The undersigned, Philip L. Rubin, hereby certifies that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that I served the OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN on the following parties 1) electronically, if allowed by and pursuant to the requirements of local rule, or 2) by depositing same in the United States Mail in properly addressed envelope(s) with adequate postage to all others, as follows:

Emmett Martin Delaney
777 Pleasant Hill Circle
Martin, GA 30557

Matthew Thomas Nash
342 North Clarendon Avenue
Scottdale, GA 30079

Camille Hope
Chapter 13 Trustee
*served via electronic notice
,

This April 30, 2020.

                The Law Office of
                LEFKOFF, RUBIN, GLEASON & RUSSO, P.C.
                Attorneys for Movant

                By:  /s/Philip L. Rubin
                      Philip L. Rubin
                      Georgia State Bar No. 618525

5555 Glenridge Connector
Suite 900
Atlanta, Georgia  30342
(404) 869-6900
prubin@lrglaw.com