**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**

| | |
|---|---|
| **IN RE:**<br>Emmett Martin Delaney<br>777 Pleasant Hill Circle<br>Martin, GA  30557 | CHAPTER 13<br><br>CASE NUMBER:  20-30296-JPS<br><br>ATTORNEY:  R. JEFFREY FIELD & ASSOC. |

### NOTICE OF OBJECTION TO CONFIRMATION

Camille Hope, Chapter 13 Trustee, HAS FILED DOCUMENTS WITH THE COURT TO deny confirmation of your Chapter 13 Plan.

<u>**YOUR RIGHTS MAY BE AFFECTED**</u>. **You should read these documents carefully and discuss them with your attorney, if you have one in this bankruptcy case. <u>If you do not have an attorney, you may wish to consult one</u>. If not served with this notice in accordance with the Bankruptcy Code or the Federal Rules of Bankruptcy Procedure, a copy of the motion may be obtained upon written request to counsel for the Movant or at the Clerk's office.**

If you do not want the court to deny confirmation of your plan, or if you want the court to consider your views on the objection, then you or your attorney shall appear at the hearing on confirmation

**JUNE 10, 2020 AT 10:30 AM THE UNITED STATES BANKRUPTCY COURT, U.S. COURTROOM, U.S. POST OFFICE BUILDING, 115 E HANCOCK AVENUE, ATHENS, GEORGIA.**

If you mail your response or objection to the court for filing, you shall send it early enough so the court will **receive** the objection or response on or before the response date stated above.

Any response or objection shall also be served on the movant.

**If you or your attorney does not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting relief.**

This notice is sent by the undersigned pursuant to M.D. Ga. LBR 9004-1(c).

**DATED:** April 30, 2020

Prepared by:

| | |
|---|---|
| **CAMILLE HOPE**<br>**CHAPTER 13 TRUSTEE**<br>P.O. BOX 954<br>MACON, GA 31202<br>TELEPHONE (478) 742-8706<br>docomt@chapter13macon.com | **KYLE GEORGE, CLERK**<br>**UNITED STATES BANKRUPTCY COURT**<br>P.O. BOX 1957<br>MACON, GA 31202<br>TELEPHONE (478) 752-3506 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE:<br>**Emmett Martin Delaney**<br>777 Pleasant Hill Circle<br>Martin, GA 30557 | CHAPTER 13<br><br>CASE NUMBER: 20-30296-JPS<br><br>ATTORNEY: R. JEFFREY FIELD & ASSOC. |

## OBJECTION TO CONFIRMATION

Now comes the Chapter 13 trustee and files this her objection to confirmation of the plan proposed by the debtor in the above-referenced case pursuant to 11 U.S.C. Section 1325.

1

The plan filed by the debtor is not proposed in good faith. The debtor is attempting to retain luxury items while paying a 0% dividend to unsecured creditors.

2

The plan proposed by the debtor cannot be completed within 60 months as required under 11 U.S.C. Section 1322.

**WHEREFORE**, the trustee prays that the Court deny confirmation of the plan proposed by the debtor in the above-referenced case.

Date: April 30, 2020

**/s/ Camille Hope, Trustee**
Camille Hope, Trustee
Office of the Chapter 13 Trustee
P.O. Box 954
Macon, GA 31202
(478) 742-8706

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| **IN RE:**<br>**Emmett Martin Delaney**<br>**777 Pleasant Hill Circle**<br>**Martin, GA  30557** | CHAPTER 13<br><br>CASE NUMBER:  20-30296-JPS<br><br>ATTORNEY:  R. JEFFREY FIELD & ASSOC. |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** a true and correct copy of the attached document was sent (1) via electronic notice to parties who are ECF Filers and Consenting Users, (2) via electronic notice to ECF Filers and Consenting Users who represent parties, and (3) mailed postage prepaid to all other interested parties at their addresses

Emmett Martin Delaney
777 Pleasant Hill Circle
Martin, GA  30557

(Debtor)

**DATED:** April 30, 2020

Matthew T. Nash
with R. JEFFREY FIELD & ASSOC.

(Counsel for Debtor)

**/s/ Camille Hope, Trustee**
Camille Hope, Trustee