**SO ORDERED.**

**SIGNED this 30 day of July, 2020.**



_James P. Smith_

**James P. Smith**
**Chief United States Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| Emmett Martin Delaney | |
| 777 Pleasant Hill Circle | |
| Martin, GA  30557 | CASE NO. 20-30296-JPS |
| SS#    XXX-XX-2991 | |

### ORDER CONFIRMING PLAN AWARDING ATTORNEY FEES

The debtor's plan having been transmitted to all creditors; and

It having been determined, after hearing on notice, that the debtor's plan, or plan as amended, complies with Chapter 13 of the Bankruptcy Code, 11 U.S.C. §1325, and with other applicable provisions of this title of the United States Code as shown by Exhibit "A" attached hereto;  and

The Chapter 13 Trustee having recommended that the debtor's plan to be confirmed; it is

**ORDERED** that the debtor's plan, or plan as amended, which plan is attached hereto as Exhibit "A" and incorporated herein by reference, is confirmed, and the debtor is further ordered to comply with the terms of this plan and to maintain in force all insurance required by any of his contractual agreements; and it is further

**ORDERED** that an award of $3,250.00 is made to Matthew T. Nash with R. JEFFREY FIELD & ASSOC. as interim compensation in this case pursuant to §331 of the Bankruptcy Code for the attorney services rendered in this case. The trustee is directed to pay any unpaid balance as an administrative expense; and it is further

**ORDERED** that all pending motions to dismiss filed by the Chapter 13 trustee are hereby withdrawn,

unless a separate order has been entered resolving the motion.

END OF DOCUMENT

Prepared by:

Camille Hope, Trustee
P.O. Box 954
Macon GA 31202
Telephone (478) 742-8706

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

IN RE:                                                          Chapter 13
Emmett Martin Delaney                                          Case No. 20-30296-JPS

**Trustee's Summary of the Plan Including Agreed Upon Changes**

## Part 1

| | | | |
|---|---|---|---|
| Debtor's Net Income: | 4,466.00 | Deb 1: | DIRECT PAY |
| Spouse's Net Income: | 0.00 | Deb 2: | |

## Part 2: Plan Payments and Length of Plan

2.1      Debtor proposes to make payments into the plan as follows:

| Which Debtor | Payment Amt. | Frequency | Start Date |
|---|---|---|---|
| Debtor 1 | 335.00 | WEEKLY | 6/19/2020 |

until the plan is completed

2.2      Additional Payments:                              Source:

2.3      The debtor(s) will pay for a minimum of 36 months if the debtor(s) is/are below the median income or 57 months if the debtor(s) is/are above the median income.

## Part 3: Treatment of Secured Claims

**From the payments so received, the Trustee shall make disbursements to allowed claims as follows:**

3.1      Payments on Long Term Debt

3.2      Payments on Arrearages on Long Term Debt

| NAME OF CREDITOR | ESTIMATED AMOUNT DUE | INTEREST RATE | COLLATERAL | MONTHLY PAYMENT |
|---|---|---|---|---|
| CENLAR | 344.24 | | Escrow Shortage | Pro Rata |

3.3      Secured Claims Not Subject to Cram Down

| NAME OF CREDITOR | AMOUNT DUE | INTEREST RATE | COLLATERAL | MONTHLY PAYMENT |
|---|---|---|---|---|
| Wayfinder BK as agent for Performance Finance | $12,854.64 | 5.00 | 2017 Indian Chief Vintage(Motorc | $408.00 |
| The Huntington National Bank | $15,736.99 | 5.00 | 2018 Hyundai Elantra | $501.00 |
| SANTANDER CONSUMER USA, INC | $8,311.69 | 5.00 | 2013 Chevrolet Equinox | $257.00 |

3.4     Pre-confirmation Adequate Protection Payments - These payments will be applied to reduce the principal of the claim .

| NAME OF CREDITOR | ADEQUATE PROTECTION PAYMENT AMOUNT |
|---|---|
| Wayfinder BK as agent for Performance Finance | $100.00 |
| The Huntington National Bank | $150.00 |
| SANTANDER CONSUMER USA, INC | $100.00 |

3.5     Secured Creditors Subject to Cram Down

| NAME OF CREDITOR | AMOUNT DUE | VALUE | INTEREST RATE | COLLATERAL | MONTHLY PAYMENT |
|---|---|---|---|---|---|
| South State Bank | 233,151.33 | $27,855.00 | | Judicial Lien | Pro Rata |

3.6     The following collateral is **surrendered to the creditor, and the stay and co-debtor stay are lifted.**

3.7     The following debts will be paid directly by the debtor (s):

| NAME OF CREDITOR | Description |
|---|---|
| CENLAR | 777 Pleasant Hill Circle Martin, GA 30557 |

3.8     The judicial liens or non-possessory, non-purchase security interests that are being avoided are listed in **Part 6 Nonstandard Provisions**.

## Part 4: Treatment of Fees and Priority Debt

4.1     Attorney fees ordered pursuant to 11 U.S.C. § 507(a)(2) of $3,250.00 to be paid as follows:

| Pursuant to the Single Set Fee option in the Administrative Order on Attorney Fees in Chapter 13 Cases |
|---|

4.2     **Trustee's Fees:**  Trustee's fees are governed by statute and may change during the course of the case .

4.3     The following domestic support obligations will be paid over the life of the plan as follows:  (These payments will be made simultaneously with payment of the secured debt to the extent funds are available and will include interest at the rate of  ____%. **(If this is left blank, no interest will be paid.)**

4.4     All other 11 U.S.C. § 507 priority claims, unless already listed under 4.3, will be paid in full over the life of the plan as funds become available in the order specified by law .

## Part 5: Treatment of Non-Priority Unsecured Claims

5.1     Debtor(s) will make payments that will meet all of the following parameters  (these are not cumulative, debtor(s) will pay the highest of the three):

Disposable Income:  $ ____          Best Interest:  $ ____          Optional:  $8000.00

5.2     Binding Dividend (%):  __          Estimated Dividend: 0.00%

5.3    The following unsecured claims are classified to be paid at 100%. If the debtor (s) is proposing to pay less than 100%, or to pay a regular monthly payment, those proposals should appear in **Part 6 Nonstandard Provisions**.

5.4    The executory contracts and unexpired leases listed below are assumed . Those not mentioned are rejected .

5.5    See original plan for insurance requirements .

5.6    Notwithstanding the proposed treatment or classification of any claim in the plan confirmed in this case, all lien avoidance actions or litigation involving the validity of liens, or preference action will be reserved and can be pursued after confirmation of the plan . Successful lien avoidance or preference actions will be grounds for modification of the plan .

## Part 6: Nonstandard Provisions

The Debtor will notify the Chapter 13 Trustee upon receipt of any money which is received as part of any lawsuit or cause of action during the pendency of this case. All lawsuits and causes of action the debtor (s) have will remain property of the estate and will not revest in the debtor(s). The issue of disposable income will be reserved until the debtor becomes entitled to funds as a result of a cause of action or lawsuit. All money recovered as part of any pre filing or post filing cause of action or lawsuit over and above exemptions will be disbursed to unsecured creditors to satisfy the best interest of creditors test .

A proof of claim filed to cure arrearages on a long term debt shall be paid in full , unless objected to, notwithstanding an estimated amount or no amount being stated in Part 3 .2 above.

The judicial lien held by Community Bank & Trust recorded in the GED at Book 00207 Page 0240 in the Superior Court of Franklin County , Georgia will be avoided up to $27,855.00.

The judicial lien held by Portfolio Recovery & Associates , LLC recorded in the GED at Book 00115 Page 0346 in the Superior Court of Franklin County, Georgia will be avoided upon confirmation of the plan .

The judicial lien held by Capital One Bank USA , N.A. recorded in the GED at Book 00055 Page 066 in the Superior Court of Jackson County, Georgia will be avoided upon confirmation of the plan .

The judicial lien held by Pilot Travel Centers , LLC recorded in the GED at Book 00048 Page 0644 in the Superior Court of Jackson County , Georgia will be avoided upon confirmation of the plan .

Debtor's Plan as to Santander Consumer USA, Inc. shall be subject to lien retention set forth in 11 USC Section1325 (a)(5)(B)(i)(1).

EXHIBIT "A"

/s/ Camille Hope
Office of the Chapter 13 Trustee